# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2010

137353 (62)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MARY I. BERKEYPILE,
        Plaintiff-Counter-
        Defendant-Appellee,

v

WESTFIELD INSURANCE COMPANY,
        Defendant-Counter-
        Plaintiff-Appellant,
and

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,
        Defendant.

SC: 137353
COA: 274177
Jackson CC: 2006-001026-NI

_____/

On order of the Court, the motion by the Michigan Association for Justice for leave to file a brief *amicus* curiae is considered, and it is GRANTED. The motion for reconsideration of this Court's March 12, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J., and WEAVER and HATHAWAY, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

Clerk

0421